

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD–1214–11

### JASON THAD PAYNE, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE TWELFTH COURT OF APPEALS
### WOOD COUNTY

**MEYERS, J.**, filed a dissenting opinion.

### <u>DISSENTING OPINION</u>

The majority reverses after concluding that the court of appeals erred in determining that the admission of several erroneously admitted victim statements was harmless. I disagree with this conclusion. After examining the court of appeals opinion, I agree that the admission of the statements was harmless error, and feel that the analysis conducted by the court of appeals is more accurate than the analysis conducted by the

majority. There is no way a rational trier of fact would have reached a different result had the error not occurred.[1]

With these comments, I respectfully dissent.

Meyers, J.

Filed: February 27, 2013
Do Not Publish

---

[1] *Tillman v. State*, 376 S.W.3d 188 (Tex. App.–Houston [14th Dist.] 2012]